UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07cv258

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CONSENT ORDER FOR STAY |
| $18,000.00 IN UNITED STATES CURRENCY | ) ) ) ) | |
| Defendant. | ) | |

The parties, Plaintiff United States and Claimant Ronnie Eugene Davis, with counsel, have agreed that there is reason to enter a stay of this civil forfeiture case pursuant to 18 U.S.C. §981(g), pending resolution of a related criminal investigation.

The Court FINDS that a stay is warranted at this time in order to protect the integrity of the United States' investigation and the Fifth Amendment rights of Claimant Ronnie Eugene Davis.

It is therefore ORDERED that this case is stayed until further order of the Court.

It is further ORDERED this stay shall be without prejudice to either party's right to file any other pleading or responsive motion within the time permitted by the Rules of Civil Procedure, with the applicable time period to begin running from the date the stay is lifted.

This order does not apply to the requirement of this Court as set forth in the order of October 23, 2007 which requires the claimant to file an amended answer to the complaint on or before November 13, 2007.

1

This the  S  day of  November , 2007.


*[signature: Dennis Howell]*
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE



So agreed:

_____    11-5-07
Burt Neil                            Date
Counsel to Claimant Ronnie Eugene Davis


_____    11/5/07
Thomas R. Ascik                      Date
Assistant United States Attorney

2