# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv258

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| Vs. | ) **ORDER**<br>) |
| **$18,000.00 IN UNITED STATES CURRENCY,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the court on plaintiff's Motion to Lift Stay. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Lift Stay (#17) is **GRANTED,** and the stay previously entered in this matter is **LIFTED**.

Signed: October 12, 2008

Dennis L. Howell
United States Magistrate Judge